COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:     Atom Nanoelectronics, Inc. and Kris Smolinski v. Applied Nanofluorescence, LLC

Appellate case number:   01-15-00952-CV

Trial court case number: 1059909

Trial court:             County Civil Court at Law No. 2 of Harris County

On November 9, 2015, appellants, Atom Nanoelectronics, Inc. and Kris Smolinski, timely filed a notice of interlocutory appeal from the trial court's October 20, 2015 order denying their special appearance. *See* TEX. CIV. PRAC. & REM. CODE. § 51.014(a)(7) (West Supp. 2015); TEX. R. APP. P. 26.1(b), 28.1(a). On November 18, 2015, the Clerk of this Court sent appellants a notice requesting arrangements be made to pay for the reporter's record after the reporter stated that there was a record, but that it would not be filed because of non-payment. On December 17, 2015, appellants filed a motion for a 20-day extension of time to file their brief until January 18, 2016, stating that their deadline was December 29, 2015, but that they need more time due to a vacation. On December 17, 2015, appellants also filed a docketing statement indicating, among other things, that there was no reporter's record.

Accordingly, appellants' extension is **GRANTED** until January 19, 2016. *See* TEX. R. APP. P. 4.1(a), 38.6(a)(1). In addition, the Court **ORDERS** appellants to provide to the Clerk of this Court written evidence from the reporter **within 10 days of the date of this order** showing whether there is a record and, if so, that appellants have requested and paid, or made arrangements to pay, for the reporter's record. *See id.* 34.6(b)(1), (2), 35.3(b)(2), (3), (c), 37.3(c)(1), (2). If there is a record and appellants fail to timely provide evidence of payment, this Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See id.* 37.3(c).

It is so ORDERED.

Judge's signature:  /s/ Laura Carter Higley
                    ☒ Acting individually
Date:  December 31, 2015